**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF MISSISSIPPI

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Truck Dynasty Transportation Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5074978** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9957 Plantation Ridge Dr.** <br> **Olive Branch, MS 38654** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **DeSoto** <br> County | **Location of principal assets, if different from principal place of business** <br> **Interstate Drop Yard** <br> **3520 Lamar Ave. Memphis, TN** <br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Truck Dynasty Transportation Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

Debtor    **Truck Dynasty Transportation Inc.**                                    Case number (*if known*) _____
    Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13.  Debtor's estimation of available funds**     .

*Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Truck Dynasty Transportation Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Truck Dynasty Transportation Inc.**      Case number (*if known*)
    Name

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2023**
             MM / DD / YYYY

**X** **/s/ Bradley Little**                 **Bradley Little**
    Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Toni Campbell Parker**            Date    **April 14, 2023**
    Signature of attorney for debtor                  MM / DD / YYYY

**Toni Campbell Parker**
Printed name

**Law Firm of Toni Campbell Parker**
Firm name

**45 N. Third Ave., Ste. 201**
**Memphis, TN 38103**
Number, Street, City, State & ZIP Code

Contact phone    **901-683-0099**      Email address    **tparker002@att.net**

**004018 MS**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Truck Dynasty Transportation Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2023**    X **/s/ Bradley Little**
   Signature of individual signing on behalf of debtor

   **Bradley Little**
   Printed name

   **President**
   Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Truck Dynasty Transportation Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial P.O. Box 380901 Minneapolis, MN 55438** | | **Trucks and Trailers** | | **$60,000.00** | **Unknown** | **Unknown** |
| **American Express Business P.O. Box 650448 Dallas, TX 75265-0448** | | | | | | **$2,850.86** |
| **Auxillor Capital Partners, Inc. 620 West Germantown Pike, Ste. 450 Plymouth Meeting, PA 19462** | | **Filed UCC** | | **$80,478.00** | **$0.00** | **$80,478.00** |
| **BMO Harris Bank P.O. Bank 71951 Chicago, IL 60694** | | **Trailers** | | **$313,901.53** | **$0.00** | **$313,901.53** |
| **Caine and Weaver 5805 Sepulveda Blvd., 4thh Floor Van Nuys, CA 91411** | | | | | | **$8,000.00** |
| **Chase Card Services P.O. Box 6294 Carol Stream, IL 60197-6294** | | | | | | **$45,000.00** |
| **Compass Lease 5150 Lawndale Ave. Summit Argo, IL 60501** | | **Lease** | | | | **$0.00** |
| **Compass Truck Rental and Leasing 15W580 N. Frontage Rd., #2 Willowbrook, IL 60527** | | **Trailers** | | **$200,000.00** | **$0.00** | **$200,000.00** |

| Debtor | **Truck Dynasty Transportation Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Costco  Credit** 6716 Grade Lane Building 8, Ste. 910 Louisville, KY | | | | | | **$4,354.22** |
| **First Corporate Solutions** P.O. Box 2576 Springfield, IL 62708 | | | | | | **$0.00** |
| **First Corporate Solutions As Representative** 914 S. Street Sacramento, CA 95811 | | | | | | **$0.00** |
| **First Insurance Funding** 450 Skokie Blvd. Ste. 1000 Northbrook, IL 60062 | | | | | | **$30,780.92** |
| **Fundation** 11501 Sunset Hills Rd., Ste. 100 Reston, VA 20190 | | | | | | **$90,873.84** |
| **Legend Funding** 800 Brickell Ave., Ste. 901 Miami, FL 33131 | | | | | | **$100,100.00** |
| **Penske Truck Rental and Lease** P.O. Box 563 Reading, PA 19603-0563 | | **Lease of Trailers and Trucks** | | | | **$240,000.00** |
| **SBA EIDL Loan** 2 North Street, Suite 320 Birmingham, AL 35203 | | **All Assets** | | **$500,000.00** | **Unknown** | **Unknown** |
| **TBS Factoring** P.O. Box 18109 Oklahoma City, OK 73154 | | **90 days or less: Account Receivables of Invoices** | | **$243,704.99** | **$0.00** | **$243,704.99** |
| **Verizon Connect Reveal** 500 Technology Dr., Ste. 550 Saint Charles, MO 63304 | | **EOD's for trucks GPS Tracking** | | | | **$22,637.32** |

**Fill in this information to identify the case:**

Debtor name __**Truck Dynasty Transportation Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | **$60,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name — **Ally Financial** — **Trucks and Trailers**

**P.O. Box 380901
Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Auxillor Capital Partners, Inc.** | Describe debtor's property that is subject to a lien | $80,478.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name — **Filed UCC**

**620 West Germantown
Pike, Ste. 450
Plymouth Meeting, PA
19462**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor **Truck Dynasty Transportation Inc.**           Case number *(if known)* _____
    Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $313,901.53 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Bank 71951
Chicago, IL 60694**

Creditor's mailing address

**Trailers**

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Compass Truck Rental and Leasing** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15W580 N. Frontage Rd., #2
Willowbrook, IL 60527**

Creditor's mailing address

**Trailers**

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **SBA EIDL Loan** | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**

Creditor's mailing address

**All Assets**

Describe the lien

---

Debtor    **Truck Dynasty Transportation Inc.**                         Case number *(if known)* _____
 _____
 Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 | **TBS Factoring** | **Describe debtor's property that is subject to a lien** | $243,704.99 | $0.00 |

| | |
|---|---|
| Creditor's Name | **90 days or less: Account Receivables of Invoices** |
| **P.O. Box 18109** | |
| **Oklahoma City, OK 73154** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.7 | **Volvo Financials** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | **Volvo Trucks and Trailers** |
| **7025 Albert Pick Rd., Ste. 105** | |
| **Greensboro, NC 27409** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor   **Truck Dynasty Transportation Inc.**

Name                                                          Case number (if known)

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,398,084.52** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Volvo Financials**<br>**P.O. Box 26131**<br>**Greensboro, NC 27402-6131** | Line   **2.7** | |

**Fill in this information to identify the case:**

Debtor name      **Truck Dynasty Transportation Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express Business**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,850.86** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Caine and Weaver**<br>**5805 Sepulveda Blvd., 4thh Floor**<br>**Van Nuys, CA 91411**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Chase Card Services**<br>**P.O. Box 6294**<br>**Carol Stream, IL 60197-6294**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$45,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Compass Lease**<br>**5150 Lawndale Ave.**<br>**Summit Argo, IL 60501**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lease**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Truck Dynasty Transportation Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,354.22**

**Costco Credit**
**6716 Grade Lane Building 8, Ste. 910**
**Louisville, KY**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**First Corporate Solutions**
**P.O. Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**First Corporate Solutions**
**As Representative**
**914 S. Street**
**Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,780.92**

**First Insurance Funding**
**450 Skokie Blvd. Ste. 1000**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,873.84**

**Fundation**
**11501 Sunset Hills Rd., Ste. 100**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,100.00**

**Legend Funding**
**800 Brickell Ave., Ste. 901**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00**

**Penske Truck Rental and Lease**
**P.O. Box 563**
**Reading, PA 19603-0563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of Trailers and Trucks**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Truck Dynasty Transportation Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,637.32 |
|---|---|---|---|

**Verizon Connect Reveal**
**500 Technology Dr., Ste. 550**
**Saint Charles, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __EOD's for trucks__
__GPS Tracking__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 544,597.16 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 544,597.16 |

**Fill in this information to identify the case:**

Debtor name __**Truck Dynasty Transportation Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Rent space for $500 per month to store trucks and trailers** | |
| State the term remaining | |
| List the contract number of any government contract | **Interstate Drop Yard**<br>**3520 Lamar Ave.**<br>**Memphis, TN 38118** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Trucks and TRailers** | |
| State the term remaining | |
| List the contract number of any government contract | **Penske Truck Rental and Lease**<br>**P.O. Box 563**<br>**Reading, PA 19603-0563** |

# United States Bankruptcy Court
### Northern District of Mississippi

In re **Truck Dynasty Transportation Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bradley Little**<br>**9957 Plantation Ridge Dr.**<br>**Olive Branch, MS 38654** | **Shareholder** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 14, 2023**

Signature **/s/ Bradley Little**

**Bradley Little**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Mississippi

In re    **Truck Dynasty Transportation Inc.**

Debtor(s)

Case No. 

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 14, 2023**

**/s/ Bradley Little**

**Bradley Little/President**
Signer/Title

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

American Express Business
P.O. Box 650448
Dallas, TX 75265-0448

Auxillor Capital Partners, Inc.
620 West Germantown Pike, Ste. 450
Plymouth Meeting, PA 19462

BMO Harris Bank
P.O. Bank 71951
Chicago, IL 60694

Caine and Weaver
5805 Sepulveda Blvd., 4thh Floor
Van Nuys, CA 91411

Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197-6294

Compass Lease
5150 Lawndale Ave.
Summit Argo, IL 60501

Compass Truck Rental and Leasing
15W580 N. Frontage Rd., #2
Willowbrook, IL 60527

Costco  Credit
6716 Grade Lane Building 8, Ste. 910
Louisville, KY

First Corporate Solutions
P.O. Box 2576
Springfield, IL 62708

First Corporate Solutions
As Representative
914 S. Street
Sacramento, CA 95811

First Insurance Funding
450 Skokie Blvd. Ste. 1000
Northbrook, IL 60062


Fundation
11501 Sunset Hills Rd., Ste. 100
Reston, VA 20190


Interstate Drop Yard
3520 Lamar Ave.
Memphis, TN 38118


Legend Funding
800 Brickell Ave., Ste. 901
Miami, FL 33131


Penske Truck Rental and Lease
P.O. Box 563
Reading, PA 19603-0563


SBA EIDL Loan
2 North Street, Suite 320
Birmingham, AL 35203


TBS Factoring
P.O. Box 18109
Oklahoma City, OK 73154


Verizon Connect Reveal
500 Technology Dr., Ste. 550
Saint Charles, MO 63304


Volvo Financials
7025 Albert Pick Rd., Ste. 105
Greensboro, NC 27409


Volvo Financials
P.O. Box 26131
Greensboro, NC 27402-6131

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Truck Dynasty Transportation Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Truck Dynasty Transportation Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 14, 2023**

Date

**/s/ Toni Campbell Parker**

**Toni Campbell Parker**

Signature of Attorney or Litigant

Counsel for  **Truck Dynasty Transportation Inc.**

**Law Firm of Toni Campbell Parker**

**45 N. Third Ave., Ste. 201**
**Memphis, TN 38103**
**901-683-0099 Fax:866-489-7938**
**tparker002@att.net**